# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WENDY M. WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 25-00246-KD-B |
| MICROSOFT, | ) ) ) |
| Defendant. | ) ) |

## ORDER

On September 10, 2025, the Magistrate Judge entered a Report and Recommendation (Doc. 4) which recommends that this action be dismissed without prejudice based on Plaintiff Wendy M. Williams' failure to prosecute and to obey the Court's order dated August 7, 2025, directing her to timely pay the filing fee or file a motion to proceed without prepayment of fees and to file an amended complaint by August 18, 2025. (Doc. 3).

No objections were filed, and the deadline for filing objections has passed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 10, 2025 (Doc. 4) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that, pursuant to Fed. R. Civ. P. 41(b) and this Court's inherent authority, this action is **DISMISSED WITHOUT PREJUDICE.**

**DONE** this **29th** day of **September**, **2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**